# United States Court of Appeals
## For the First Circuit

No. 18-1199

UNITED STATES, EX. REL.
CONCILIO DE SALUD INTEGRAL DE LOÍZA, INC. ("CSILO"),

Plaintiffs, Appellants,

v.

JC REMODELING, INC. AND JOSE GARCIA-SUAREZ,

Defendants, Appellants.

**ERRATA SHEET**

The opinion of this Court issued on June 15, 2020, is amended as follows:

On Page 5, line 9: "summons" is replaced with "summonses"